IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**TRAVELERS PROPERTY CASUALTY**
**COMPANY OF AMERICA, INC.,**

      **Plaintiff,**

v.                                                     **Civil Action No.: 5:18-cv-01076**
                                                      **Honorable Irene C. Berger**

**GREENBRIER HOTEL CORPORATION and**
**OLD WHITE CHARITIES, INC.,**

      **Defendants.**

## JOINT MOTION FOR TEMPORARY STAY

Plaintiff, Travelers Property Casualty Company of America, Inc., and Defendants, Greenbrier Hotel Corporation and Old White Charities, Inc., by their respective counsel, jointly move the Court for a temporary six month stay of further proceedings herein, including the deadlines set forth in the Scheduling Order previously entered by the Court on September 18, 2018. The parties have in good faith engaged in discussions and negotiations, and believe a potential resolution of all claims asserted in this action may be possible without the need for further litigation.

Accordingly, in the interests of judicial economy and resolution without further expenditure of resources, the parties hereby jointly request the Court to stay the proceedings herein, and to establish August 20, 2019 as the deadline for the parties to file a report with the Court as to the status of their discussions and negotiations.

WHEREFORE, the parties hereby request that this Court GRANT the above motion for good cause shown.

  /s/ Andrew L. Ellis
John F. Hussell, IV - WV Bar No. 6610
John D. (Jody) Wooton, Jr. – WV Bar No. 10571
Andrew L. Ellis – WV Bar No. 10618
WOOTON, DAVIS, HUSSELL & ELLIS, PLLC
P.O. Box 3971
Charleston, WV 25339
(304) 345-4611
Fax: (304) 345-4607
*Counsel for Defendants*

  /s/ Charlotte A Hoffman Norris
Charlotte A Hoffman Norris - WV Bar No. 5473
Robert H. Sweeny, Jr. – WV Bar No. 5831
Jenkins Fenstermaker, PLLC
P.O. Box 2688
Huntington, WV 25726
*Counsel for Plaintiff*