IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA, INC.,

    Plaintiff,

v.                CIVIL ACTION NO. 5:18-cv-01076

GREENBRIER HOTEL CORPORATION and
OLD WHITE CHARITIES, INC.,

    Defendants.

**ORDER**

The Court has reviewed the *Joint Motion for Temporary Stay* (Document 17), wherein the litigants move for a six month stay of further proceedings, including the deadlines set forth in the *Scheduling Order* (Document 11), because the parties have engaged in discussions and negotiations that may resolve the claims asserted in this action without the need for further litigation.

After careful consideration and finding that attempting to settle a case does not constitute good cause to modify the *Scheduling Order*, the Court **ORDERS** that the *Joint Motion for Temporary Stay* (Document 17) be **DENIED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

    ENTER:   March 22, 2019

    */s/ Irene C. Berger*
    IRENE C. BERGER
    UNITED STATES DISTRICT JUDGE
    SOUTHERN DISTRICT OF WEST VIRGINIA