IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**TRAVELERS PROPERTY CASUALTY**
**COMPANY OF AMERICA, INC.,**

      **Plaintiff,**

v.     Civil Action No.: 5:18-cv-01076
       Honorable Irene C. Berger

**GREENBRIER HOTEL CORPORATION and**
**OLD WHITE CHARITIES, INC.,**

      **Defendants.**

**CONSENT JUDGMENT**

On this day came and Defendants Greenbrier Hotel Corporation and Old White Charities, Inc. by their undersigned counsel, and advised the Court that each, jointly and severally has consented to, and is not opposed to entry of judgment against each defendant, jointly and severally, and in favor of Plaintiff Travelers Property Casualty Company of America, Inc. in the amount of $96,116.65, plus pre- and post-judgment interest until paid. The consent is based on and is part of a compromised settlement between the parties, and is not an admission of wrongdoing or liability.

Whereupon, the Court, after carefully considering this matter and the pleadings filed in herein, finds the agreement of the parties to be just and proper.

It is therefore **ADJUDGED, ORDERED,** and **DECREED** that judgment be entered in favor of Travelers Property Casualty Company of America, Inc. and against and Defendants Greenbrier Hotel Corporation and Old White Charities, Inc., jointly and severally, in the amount of $96,116.65;

It is further **ADJUDGED, ORDERED,** and **DECREED** that Travelers Property Casualty Company of America, Inc. is awarded post-judgment interest against Defendants Greenbrier Hotel

Corporation and Old White Charities, Inc., jointly and severally, at the current prevailing statutory rate until this judgment is paid in full; and

It is further **ADJUDGED, ORDERED,** and **DECREED** that this matter is hereby dismissed from the docket of this Court, with the Court retaining jurisdiction over any proceedings related to the satisfaction of this judgment.

Entered this __18__ day of ____April____, 2019.

						 _Irene C. Berger_
						 IRENE C. BERGER
						 UNITED STATES DISTRICT JUDGE
						 SOUTHERN DISTRICT OF WEST VIRGINIA

Agreed:

__/s/ Andrew L. Ellis__
John F. Hussell, IV - WV Bar No. 6610
John D. (Jody) Wooton, Jr. – WV Bar No. 10571
Andrew L. Ellis – WV Bar No. 10618
WOOTON, DAVIS, HUSSELL & ELLIS, PLLC
P.O. Box 3971
Charleston, WV 25339
(304) 345-4611
Fax: (304) 345-4607
*Counsel for Defendants*


__/s/ Charlotte A Hoffman Norris__
Charlotte A Hoffman Norris - WV Bar No. 5473
Robert H. Sweeny, Jr. – WV Bar No. 5831
Jenkins Fenstermaker, PLLC
P.O. Box 2688
Huntington, WV 25726
*Counsel for Plaintiff*